DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JESUS E. SANTANA,

Appellant,

v.

ROSA M. SANTANA,

Appellee.

No. 2D2025-0095

_____

November 14, 2025

Appeal from the Circuit Court for Pasco County; Brian E. Gnage, Judge.

Mark F. Baseman of Felix & Baseman, Tampa, for Appellant.

Matthew E. Thatcher and Victoria Cruz of The Solomon Law Group, P.A., Tampa, for Appellee.


PER CURIAM.

Affirmed.


VILLANTI, KHOUZAM, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.